UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHAIM HERMAN,
                Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
LOANDEPOT.COM, LLC d/b/a LoanDepot,
                Defendants.
------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 9948 (VB)

      The Court has been advised plaintiff and defendant Trans Union, LLC have settled. Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Trans Union, LLC, and without prejudice to the right to restore the action as to defendant Trans Union, LLC, provided the application to restore the action is made no later than March 30, 2020. To be clear, any application to restore the action as to defendant Trans Union, LLC must be filed by March 30, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled as to defendant Trans Union, LLC, only.

      The Clerk is instructed to terminate defendant Trans Union, LLC.

Dated: January 30, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge